Michele R. Stafford, Esq. (SBN 172509)
Allan D. Shuldiner, Esq. (SBN 252259)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California  94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: ashuldiner@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
And Welfare Trust Fund for Northern California, et al.

David R. Griffith, Esq. (SBN 170172)
Jameson E.P. Sheehan, Esq. (SBN 327287)
GRIFFITH HORN & SHEEHAN, LLP
1530 Humboldt Rd., Suite 3
Chico, CA 95928
Telephone: (530) 812-1000
Email: david@davidgriffithlaw.com
Email: jameson@griffithandhorn.com

Attorney for Defendants, BCJ Sand and Rock, Inc., Valley Silica,
Darwin Christ, Michael Hickerson and Norcal Sand and Rock, Inc.

Douglas B. Jacobs (SBN 84153)
Jacobs, Anderson & Potter, LLP
20 Independent Circle
Chico, CA 95973
Phone: (530) 342-6144
Fax: (530) 342-6310
Email: djacobs@japc-law.com

Attorney for Defendant, James Slender aka Brad Slender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BCJ SAND AND ROCK, INC. et al., <br><br> Defendants. | Case No.  3:19-cv-00710 AGT <br><br> **JOINT REQUEST TO EXTEND PRETRIAL DEADLINES BY 120 DAYS DEADLINE; [PROPOSED] ORDER THEREON** <br><br> **[AS MODIFIED]** |

Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California et al. ("Trust Funds"), and Defendants BCJ Sand and Rock, Inc. et al. and Defendant James Slender aka Brad Slender (collectively the "Parties") respectfully request to extend the pretrial deadlines as set forth in the Court's Amended Scheduling Order by 120 days. [Dkt. # 76]. Good cause exists for the continuance, as follows:

1. As the Court's records will reflect, the Complaint was filed by Plaintiffs on February 8, 2019. [Dkt. #1]. Defendant BCJ Sand and Rock, Inc. ("BCJ") was served by substitute service on February 13, 2019, and a Proof of Service of Summons was filed with the Court on April 2, 2019. [Dkt. # 14]. Defendant BCJ filed an Answer to the Complaint on March 5, 2019. [Dkt. # 10].

2. Defendant James Slender *aka* Brad Slender ("Slender") was personally served on February 8, 2019, and a Proof of Service of Summons was filed with the Court on April 2, 2019. [Dkt. # 15]. Defendant Slender filed an Answer to the Complaint on March 1, 2019. [Dkt. # 9].

3. Plaintiffs filed their First Amended Complaint on August 30, 2019, which added Valley Silica, Darwin Christ and Michael Hickerson as Defendants. [Dkt. #25]. Defendants BCJ, Valley Silica, Darwin Christ and Michael Hickerson (collectively, "BCJ Defendants") filed an Answer to the First Amended Complaint on September 25, 2019. [Dkt. # 26]. Defendant Slender filed an answer to the First Amended Complaint on July 6, 2020. [Dkt. # 64].

4. By Stipulation of the Parties, Plaintiffs filed their Second Amended Complaint on October 1, 2020, which added Norcal Sand and Rock, Inc. ("Norcal") as a Defendant. [Dkt. # 67].

5. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA") out of an alleged breach of a collective bargaining agreement. Plaintiffs contend that Defendants have failed to and refused to submit contribution reports and payments that are required under the terms of their Collective Bargaining Agreement(s). Defendants deny these allegations. Plaintiffs have been in the process of conducting an audit of Defendants' records for the period from January 1, 2015 through December 31, 2018 ("Initial Audit Period"). Due to the extended period of time that has elapsed since the initial audit request and the documents being provided, as well as the change in companies operating the quarry from BCJ to Norcal, Plaintiffs have extended the audit through the current date. ("Extended Audit Period").

**JOINT REQUEST TO EXTEND PRETRIAL DEADLINES BY 120 DAYS**
**Case No.  3:19-cv-00710 AGT**

6.     On September 25, 2020, the Parties stipulated to vacate the mediation deadline, amend the scheduling order and request referral to a settlement conference with a Magistrate Judge.  [Dkt. #65]. The Court granted the stipulation on September 28, 2020. [Dkt. #66].

7.     After a case management conference with the Court on October 16, 2020, the Court issued an Amended Scheduling Order.  [Dkt. #76].

8.     Defendant BCJ Sand and Rock, Inc. is currently a suspended corporation and Norcal, which incorporated in March 2020, has taken over operations at the quarry formerly operated by BCJ as of June 1, 2020. Defendant BCJ Sand and Rock, Inc. is currently in the process of being revived. Further discovery will need to be conducted to determine Norcal's relationship to Defendants BCJ and Valley Silica to resolve the present dispute.

9.     The Parties have been attempting to informally resolve the dispute.  Plaintiffs received some of the records requested from Defendants' third party payroll service for the Initial Audit Period and for the Extended Audit Period.  Defendants' third party payroll service has advised that it does not have any of the remaining records requested; Plaintiffs have requested these remaining records from Defendants.  Defendants are working on obtaining the requested records.  Plaintiffs have issued discovery to Defendant Michael Hickerson, Defendant Norcal and Defendant BCJ Sand and Rock.  As Defendant BCJ Sand and Rock remains suspended by the Secretary of State, the BCJ Defendants assert that they are unable to respond to Plaintiffs discovery.  The Parties believe that these documents will be crucial in narrowing the dispute and bringing this matter to resolution.

10.    Therefore, the Parties respectfully request that the Court extend the following pretrial deadlines:

### Case Management Schedule

| | |
|---|---|
| Fact Discovery Cut-Off: | July 10, 2021 |
| Expert Witness Disclosures: | July 10, 2021 |
| Rebuttal Expert Disclosures: | July 24, 2021 |
| Expert Discovery Cut-Off: | September 17, 2021 |
| Deadline for Filing Dispositive Motions: | November 6, 2021 |
| Hearing Date for Dispositive Motions: | ~~November 29~~ December 10, 2021 |

**JOINT REQUEST TO EXTEND PRETRIAL DEADLINES BY 120 DAYS**
**Case No.  3:19-cv-00710 AGT**

1       Pretrial Conference:          February 18, 2022

2       Trial:          April 8, 2022

3

4

5   DATED:  February 8, 2021      **SALTZMAN & JOHNSON LAW CORPORATION**

6

7      By:   /s/ Allan D. Shuldiner

8      Allan D. Shuldiner
Attorneys for Plaintiffs, Operating Engineers'
Health and Welfare Trust Fund for Northern

9      California, et al.

10   DATED: February 8, 2021      **GRIFFITH, HORN & SHEEHAN, LLP**

11      By:   /s/ David R. Griffith

12      David R. Griffith
Attorneys for Defendant BCJ SAND AND ROCK,
INC., MICHAEL HICKERSON, DARWIN

13      CHRIST, VALLEY SILICA and NORCAL SAND
AND ROCK, INC.

14

15   DATED:  February 8, 2021      **JACOBS, ANDERSON & POTTER, LLP**

16      By:   /s/ Douglas B. Jacobs

17      Douglas B. Jacobs
Attorneys for Defendant James Brad Slender

18

19 Having reviewed the above request, and good cause appearing, the parties' request to extend the pretrial

20 dates is approved.

21      **IT IS SO ORDERED.**

22 Dated:  February 9, 2021

23

24

25      ALEX G. TSE
United States Magistrate Judge

26

27

28

**JOINT REQUEST TO EXTEND PRETRIAL DEADLINES BY 120 DAYS**
**Case No.  3:19-cv-00710 AGT**